EARL FAIRMAN, APPELLANT, v. THE STATE OF NEVADA, RESPONDENT.

No. 6532

April 29, 1971                                483 P.2d 1299

*Robert G. Legakes,* Public Defender, and *Steven L. Godwin,* Deputy Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General, Carson City; *Roy A. Woofter,* District Attorney, and *Charles L. Garner,* Chief Deputy of Appeals, Clark County, for Respondent.

## OPINION

*Per Curiam:*

This appeal challenges the sufficiency of the evidence to support the verdict finding Fairman guilty of the sale of narcotics. NRS 453.030; NRS 453.210(2).

We have reviewed the evidence in the record, and it supports the verdict. It shall not be disturbed on appeal.